IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-437-GCM**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,<br>Plaintiff,<br>v.<br>DENICE GLASER, Individually, and d/b/a RISAS, and RISAS,<br>Defendants. | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiff J & J Sports Productions, Inc. to allow **Julie Cohen Lonstein** to appear *Pro Hac Vice*, dated October 16, 2007 [doc #2].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Lonstein has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: October 17, 2007

Graham C. Mullen
United States District Judge